UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD SHAMON and<br>PATRICIA SHAMON,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 04-11674-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Plaintiff Ronald Shamon and Plaintiff Patricia Shamon, and their undersigned counsel, certify that they have conferred regarding the costs of conducting the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_/s/ Ronald Shamon_
RONALD SHAMON

_/s/ Patricia Shamon_
PATRICIA SHAMON

And by their attorneys,

_/s/_
Timothy P. O'Neill (BBO#379715)
Michael R. Perry (BBO#566760)

HANIFY & KING, PC
One Beacon Street
21st Floor
Boston, MA 02108
(617) 423-0400

Dated: December 28, 2004
420565