```
                  UNITED STATES OF AMERICA
           DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS


_____
                                    )
RONALD SHAMON and PATRICIA SHAMON,  )
     Plaintiffs,                    )
                                    )
v.                                  ) Docket No. 04cv11674-WGY
                                    )
UNITED STATES OF AMERICA,           )
     Defendant.                     )
_____)
```

**DEFENDANT'S CERTIFICATION OF COMPLIANCE**
**<u>WITH LOCAL RULE 16.1(D)(3)</u>**

Defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that it has conferred with counsel on the following:

1.  establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2.  to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| DEPARTMENT OF VETERAN AFFAIRS<br>OF THE UNITED STATES<br>By its attorney,<br><br>RITA MANDOSA, ESQ.<br><br>By: /s/ Rita Mandosa<br>    Rita Mandosa<br>    Bedford VA Hospital<br>    VA Regional Counsel's Office<br>    Building 61, 200 Springs Rd.<br>    Bedford, MA 01730<br>    (781) 687-3600 | UNITED STATES OF AMERICA,<br>By its attorney,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: /s/ Damian W. Wilmot<br>    Damian W. Wilmot<br>    Assistant U.S. Attorney<br>    1 Courthouse Way., Ste 9200<br>    Boston, MA  02210<br>    (617) 748-3398 |

Dated: January 11, 2005