```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                    )
RONALD SHAMON and PATRICIA SHAMON,  )
     Plaintiffs,                    )
                                    )
v.                                  ) Docket No. 04cv11674-WGY
                                    )
UNITED STATES OF AMERICA,           )
     Defendant.                     )
_____)
```

**MOTION FOR EXAMINATION OF PLAINTIFF RONALD SHAMON**

Defendant, pursuant to Fed. R. Civ. P. 35, moves for a physical examination of the Plaintiff, Ronald Shamon, by James M. Richter, M.D., a doctor of internal medicine and gastroenterology and, specifically, an expert in gastrointestinal endoscopy and the treatment of colon disease and pain. In support of this motion, the Defendant states that Plaintiff has place his physical condition in controversy and there is good cause for the examination, and submits the accompanying Memorandum of Law in Support of its Motion for Examination of Plaintiff Ronald Shamon, which sets forth these arguments in detail.

                                                     Respectfully submitted,

                                                     MICHAEL J. SULLIVAN
                                                     United States Attorney

Dated: April 8, 2005        By:   /s/ Damian W. Wilmot
                                                   DAMIAN W. WILMOT
                                                   Assistant U.S. Attorney
                                                   Moakley Federal Courthouse
                                                   One Courthouse Way, Suite 9200
                                                   Boston, MA  02210
                                                   (617) 748-3398

## **CERTIFICATION UNDER L.R. 7.1**

    I certify that in accordance with Local Rule 7.1, on March 4 and 31, 2005, I have conferred with Plaintiff's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

                                            /s/ Damian W. Wilmot
                                            DAMIAN W. WILMOT
                                            Assistant U.S. Attorney