# EXHIBIT C

# CURRICULUM VITAE

Office Address: Blake Building 4
Massachusetts General Hospital
Fruit Street
Boston, MA 02114

Home Address: 11 Ledgewood Road, Winchester, MA 01890

Email: Jrichter@partners.org Fax: 617-724-6832
Phone: 617-726-0397

Place of Birth: Ann Arbor, Michigan

Education:

| | |
|---|---|
| 1972 B.S. in Chemistry | University of Texas at Austin |
| 1976 M.A. (Microbiology) | University of Texas Graduate School of Biomedical Sciences |
| 1976 M.D. | University of Texas Southwestern Medical School |

Postdoctoral Training:

| | |
|---|---|
| 1976-1977 | Intern in Medicine, Massachusetts General Hospital |
| 1977-1979 | Resident in Medicine, Massachusetts General Hospital |
| 1979-1981 | Fellowship in Gastroenterology, Massachusetts General Hospital |
| 1979-1981 | Research Fellow in Medicine, Harvard Medical School |

Licensure and Certification:

| | |
|---|---|
| 1977 | Massachusetts License Registration |
| 1979 | American Board of Internal Medicine |
| 1981 | American Board of Internal Medicine, Gastroenterology |
| 1986 | Texas License Registration |
| 2002 | Advanced Cardiac Life Support, AHA |

Academic Appointments:

| | |
|---|---|
| 1981-1985 | Instructor in Medicine, Harvard Medical School |
| 1985-2001 | Assistant Professor of Medicine, Harvard Medical School |
| 2001- | Associate Professor of Medicine, Harvard Medical School |

Hospital or Affiliated Institution Appointments:

| | |
|---|---|
| 1979-1981 | Clinical Fellow in Medicine, Massachusetts General Hospital |
| 1981-1986 | Assistant in Medicine, Massachusetts General Hospital |

|  |  |
|---|---|
| 1986-1989 | Assistant Physician, Massachusetts General Hospital |
| 1990-1993 | Associate Physician, Massachusetts General Hospital |
| 1994- | Physician, Massachusetts General Hospital |
| 2002- | Clinical Associate in Medicine, Massachusetts General Hospital |
| 2002- | Physician, Caritas St. Elizabeth's Medical Center |

Awards and Honors:

|  |  |
|---|---|
| 1971 | Phi Lambda Upsilon, University of Texas at Austin |
| 1975 | Alpha Omega Alpha, Southwestern Medical School |
| 1975 | Student Research Award, Southwestern Medical School |
| 1984 | Fellow, American College of Physicians |
| 1988 | Certificate of Merit, Radiological Society of North America |
| 1990 | Fellow, American College of Gastroenterology |
| 1991 | Research Award, American Society for Gastrointestinal Endoscopy |
| 1992 | Research Award, American Society for Gastrointestinal Endoscopy |
| 1997 | Partners in Excellence Award |
| 1999 | Partners in Excellence Award |
| 2000 &2002 | Best Doctors in America |
| 2001 | Partners in Excellence Award |
| 2002 | Physical Medicine and Rehabilitation Service Award, Spaulding Rehabilitation Hospital |
| 2003 | Excellence in Caring, Caritas Christi Health care System |

Hospital and Health Care Organization Service Responsibilities:

|  |  |
|---|---|
| 1990- | Director, Massachusetts General Physicians Corporation |
| 1990-1992 | Chairman of the Board of Directors, Medical Management Associates, Inc. |
| 1993 | Ambulatory Care Task Force, Massachusetts General Hospital |
| 1994-1996 | Performance Improvement Committee, Partners Community Health Care, Inc. |
| 1996-2002 | Medical Management Committee, Partners Community Health Care Inc. |
| 1996-2002 | Strategic Planning Committee, Partners Community Health Care, Inc. |
| 1996-2002 | Director, Partners Community Health Care Inc. |
| 1999-2002 | Trustee, Massachusetts General Hospital |
| 2000-2002 | MGH Trustees Facilities and Real Estate Planning Committee |
| 2000-2002 | MGH/MGPO Trustees Quality of Care Committee |
| 2000-2002 | Chairman, Medical Management Committee, Partners Community Health, Inc. |
| 2004- | Director, Caritas Christi Network Services |
| 2004- | Director, Massachusetts e Health Collaborative |

Major Administrative Responsibilities:

| | |
|---|---|
| 1981-1993 | Chief, Gastrointestinal Clinic, Massachusetts General Hospital |
| 1986 | Chairman, Clinical Laser Safety Committee, Massachusetts General Hospital |
| 1986-1994 | Secretary, Medical Service Staff, Massachusetts General Hospital |
| 1988-1992 | Chairman, Practice Committee of the Internal Medicine Associates of the Massachusetts General Hospital |
| 1990-1994 | Chairman, Medical Management Committee, Massachusetts General Physicians Corporation |
| 1992-2002 | Medical Director, Massachusetts General Physicians Corporation |
| 1993- | Vice President for Medical Affairs, Massachusetts General Physicians Corporation |
| 1994-2002 | Medical Director, Massachusetts General Physicians Organization |
| 1994-2002 | Chairman, Managed Care Committee, Massachusetts General Physicians Organization |
| 1997-2000 | Co-Chairman, Operations Improvement Steering Committee, MGH and MGPO |
| 1995-2002 | Co-Chairman, Clinical Performance Improvement Initiative, MGH |
| 2000-2002 | Chairman, Medical Management Committee, MGPO |
| 2002-2004 | Senior Vice President and Chief Medical Officer of the Caritas Christi Health Care System |
| 2002-2004 | Chair, Presidents Quality Initiative, Caritas Christi Health Care System |
| 2003-2004 | Chair, Clinical Vice Presidents Enterprise Group, Caritas Christi Health Care System |
| 2004 | Chair, Caritas Physicians Council |

Major Committee Assignments:

| | |
|---|---|
| 1983 | Internship Selection Committee, Massachusetts General Hospital |
| 1984-1988 | Clinical Laser Safety Committee, Massachusetts General Hospital |
| 1984-1990 | Gastrointestinal Endoscopy Subcommittee, Massachusetts General Hospital |
| 1984-1988 | Medical Service Unit Chief's Committee, Massachusetts General Hospital |
| 1984-1992 | Practice Committee, Internal Medicine Associates, Massachusetts General Hospital |
| 1986-1990 | Patient Care Committee, Massachusetts General Hospital |
| 1987-1992 | Endoscopy Committee, Massachusetts General Hospital |
| 1988-1990 | Clinical Advisory Committee, Massachusetts General Hospital |
| 1993-2002 | Medical Administrative Committee, Massachusetts General Hospital |
| 1993-2002 | Executive Committee, Massachusetts General Physicians Organization |
| 1994-1995 | Interim Operating Committee, Massachusetts General Physicians Organization |
| 1994-2002 | Co-Chairman, Medical Policy Committee, MGH and MGPO |

| | |
|---|---|
| 1995-2002 | Quality Steering Committee, Massachusetts General Hospital |
| 1996-2002 | Chiefs Council, Massachusetts General Hospital |
| 1997-2001 | Executive Committee on Specialty Care, Partners HealthCare System |
| 1998-2002 | Space Committee, Massachusetts General Hospital |
| 1999-2002 | Executive Credentialing Committee, Massachusetts General Hospital |

Other Assignments:

| | |
|---|---|
| 1990-1991 | Computer Committee, American Society for Gastrointestinal Endoscopy |
| 1990-1992 | Research Committee, American College of Gastroenterology |
| 1991-1995 | Research Committee, American Society of Gastrointestinal Endoscopy |
| 1995-1997 | Practice Management Committee, American Gastroenterlogical Association |
| 2002- | Executive Council of ACP-ASIM of Massachusetts |

2. Regional, National or International Contributions

| | |
|---|---|
| 1982 | Lecturer, Gastrointestinal Grand Rounds, Baylor College of Medicine |
| 1984 | Lecturer, Symposia on Lasers and Medicine, Massachusetts Institute of Technology |
| 1984 | Lecturer, Washington Laser Symposium, Washington, D.C. |
| 1985 | Lecturer, Surgical Grand Rounds, Brigham and Women's Hospital |
| 1986 | Speaker, 2nd International Congress for Diseases of the Esophagus, Munich, Germany |
| 1986 | Lecturer, Grand Rounds Boston, VA Hospital |
| 1988 | Lecturer, Gastrointestinal Endoscopy, Boston University |
| 1988 | Speaker, First International Conference on Bilary Lithotripsy |
| 1988 | Speaker, International Symposium for Bile Acid Therapy, Vail, Colorado |
| 1989 | Speaker, Consensus Conference for Biliary Lithotripsy, Milan, Italy |
| 1991 | Speaker, Third International Conference on Biliary Lithotripsy |
| 1994 | Speaker, Massachusetts Hospital Association Symposium on Observation Care |
| 1996, 1997 | Speaker, Managed Care for Specialists, American Gastroenterological Association |
| 1997 | Speaker, Depression in Primary Care Practice, American College of Physicians |

Community Service:

| | |
|---|---|
| 1998-1999 | Co-Chairman, United Way Campaign, Massachusetts General Hospital |
| 1996-2002 | Volunteer physician, New England Revolution Soccer Team |

Part II: Research, Teaching and Clinical Contributions:

A. Research and Development Interests

Before joining Caritas Christi my focus was to lead the development of the Massachusetts General Physicians Organization into a multispecialty academic group practice committed to developing knowledge, teaching and excellent clinical care. As the medical marketplace posed a major threat to academic health care, we sought to develop contracts and programs with managed care organizations, which provided sufficient resources to support our mission, including access to our patients and independent medical decisions and control of quality of care.

From 1993 through 2002 I served as medical director of the MGPO, chairman of the MGPO Managed Care Committee, co-chairman of the MGH Medical Policy Committee and co-chairman of the Operations Improvement Steering Committee. These efforts included educational programs including lectures, written materials, web sites rounds and conferences building evidence based medicine and promoting effective decision making.

These programs span and incorporate all of the primary care teaching and faculty of the Massachusetts General Physicians Organization who are responsible for teaching medicine and pediatrics residents, interns and students. Physicians in training were encouraged to join these sessions during their ambulatory rotations both for the content of the educational message and to see an example of systems of continuous quality improvement and learning among senior physicians.

I've sought to continue my research in the areas of cost effectiveness of patient care management strategies and clinical outcome assessments. Two active clinical studies continue on the assessment of diagnostic strategies for lower gastrointestinal bleeding and assessment of the quality of life in patients with chronic inflammatory bowel disease continue. I am working with Drs. Graham Colditz and Leslie Higuchi at the Channing Laboratory and the Nurses Health Study to assess the experience of the enrollees with inflamatory bowel disease. I regularly contribute to the textbook, Primary Care Medicine and contribute to the literature surrounding the managed care impact on medical practice.

B. Funding Information:

| | | |
|---|---|---|
| 1984 | WH Rorer<br>Empiric us of antacids for dyspepsia | PI |
| 1985 | Blue Cross-Blue Shield<br>Fund for cooperative innovation | Co-PI |
| 1987 | Centecor Company<br>Cost-effectiveness of Ca 19-9 in the Diagnosis of pancreatic cancer | PI |
| 1991 | American Society for Gastrointestinal Endoscopy<br>Effectiveness of lower gastrointestinal | PI |

      Hemorrhage diagnostic strategies

| | | |
|---|---|---|
| 1993 | American Society for Gastrointestinal Endoscopy<br>Quality of life assessment with severe ulcerative<br>Colitis and ileo anal pouch procedures | PI |
| 1994 | Proctor and Gamble<br>Quality of life assessment in inflammatory bowel<br>Disease | PI |

C. Report of Teaching

1. Local Contributions.

a. *Medical School Courses*

| Academic Year | Course Title | Activity | # of Students |
|---|---|---|---|
| 1979-1986 | Introduction to Clinical Medicine Harvard Medical School | Clinical Preceptor | 5 |
| 1980-1987 | Gastrointestinal Pathophysiology Harvard Medical School | Section Leader | 2nd year students |
| 1981-2002 | Medical Endoscopy, MGH | Attending Physician | 2-4 Fellows |
| 1981-1994 | Gastrointestinal Consultation Service, MGH | Preceptor | 2 Fellows<br>1 Student |
| 1981- | Medical House Staff Conference, MGH | Lecturer, 1-3 per year | 20 Students<br>60 Residents |
| 1982 | Sigmoidoscopy Clinic, MGH | Established a series of conferences and practical experience in clinical gastroenterology and sigmoidoscopy for medical residents | 12 Residents and Students |
| 1987-1988 | Approach to Functional Bowel Disease, Harvard Medical School | Lecturer, New Pathway | 30 Students |

b. *Graduate Medical School Courses:*

| Academic Year | Course Title | Activity | # of Students |
|---|---|---|---|

| 1979-2002 | Primary Care Program, MGH | Attending Teaching Physician | 1 Student | 1 I we |
|---|---|---|---|---|
| 1982-2001 | General Medical Service, MGH | Attending Teaching Physician | 4 Students, 5 Residents | 10 mc yea |
| 1999-2001 | Program in Clinical Effectiveness, Brigham and Women's Hospital and Harvard School of Public Health | Lecturer | 20 Residents | |
| 2003-4 | Physical Diagnosis, Tufts School of Medicine | Preceptor | 2 Students | 2 I we we |
| 2004 | Caritas Carney Hospital, Tufts Medical School | Attending physician, instructor | 2 Students and 4 residents | 2 I da we |

c. *Local Invited Teaching Presentations: (last 3 years)*

| 2001 | Cabot Society, Harvard Medical School | Speaker | 40 Students | 1 I |
|---|---|---|---|---|
| 2001 | MGH Quality of Care Symposium | Speaker | 100 Faculty | 1 I |

d. *Continuing Medical Education Course*:

| Academic Year | Course Title | Act |
|---|---|---|
| 1981-1982 | Postgraduate Course in Emergency Medicine | Lecturer, Harvard Medical S |
| 1989-1990 | Postgraduate in Internal Medicine | Lecturer, MGH |
| 1996 | MGH Postgraduate Course in Gastroenterology | Speaker, Managed Care for |
| 1996 | MGH Postgraduate Course in Primary Care Medicine | Speaker, Advances in Peptic |
| 2000 | Screening for Colorectal Cancer | Speaker, Partners Communi |
| 2000 | Brigham and Women's Primary Care | Speaker, 20 Faculty |

Professional Societies:

| 1979- | Society for General Internal Medicine | Member |
|---|---|---|
| 1980- | American College of Physicians | Member |
| 1981- | American Gastroenterological Association | Member |
| 1982- | Society for Medical Decision Making | Member |
| 1985- | American Society for Gastrointestinal Endoscopy | Member |
| 1990 | American College of Gastroenterology | Member |

e. *Advisory/Supervisory Responsibilities in Clinical or Laboratory Setting*

*f. Leadership*

| | |
|---|---|
| 1994-2002 | Medical Director of Massachusetts General Physicians Organization, organized a serie: and clinical conferences on improving quality, patient service, and cost effectiveness u including giving approximately 40-minute lectures, recruiting speakers, and preparing : |
| 1996 | Organized 6 multispecialty service line teams for utilization management and quality i |
| 2000-2002 | Co-chairman of Clinical Performance Management at institution wide clinical Quality program at the MGH |
| 2001 | Designed and supported oversight of PCHI Medical Management Visiting Committee Improvement program for 15 RSOs and 1000 primary care doctors |

g. *Advisees/Trainees*

| | | |
|---|---|---|
| 1983-1986 | Lynn Butterly, M.D. | Associate Professor of Medicine, Dartmouth Mec |
| 1984-1987 | Norman Nishioka, M.D. | Associate Professor, Harvard Medical School |
| 1987-1988 & 1990 | Debra Weinstein, M.D. | Director of Graduate Medical Education, Partners |
| 1990-1992 | Frederick Ruymann, M.D. | Instructor in Medicine, Harvard Medical School |
| 1990-1992 | Dale Bachwich, M.D. | University of Pennsylvania Medical School |

Editorial Boards:

1999-2002 Section Editor, Physician Practice Digest

Bibliography:

a. *Refereed (i.e., peer-reviewed) papers*

1. Richter JM, Schapiro RH, Mulley AG, Warshaw AL. Association of pancreas divisum and pancreatitis, and its treatment by sphincteroplasty of the accessory ampulla. Gastroenterology, 1981;81:1104-10.

2. Carr DB, Shih VE, Richter JM, Martin JB. D-lactic acidosis simulating a hypothalamic syndrome after bowel bypass. Annals of Neurology, 1982;11:195-7.

3. Carr DB, Shih VE, Richter JM, Martin JB. D-Lactic Acidosis induced encephalopathy. Journal of the American Medical Association, 1982;247:1127.

4. Richter JM, Jacoby GA, Schapiro RH, Warshaw AL. Pancreatic abscess due to candida albicans. Annals of Internal Medicine, 1982;97:221-2.

5. Goodson JD, Taylor PA, Campion EW, Richter JM, Wands JR. The Clinical course of acute hepatitis in the elderly patients. Archives of Internal Medicine, 1982;4:525-32.

6. Warshaw AL, Richter JM, Podolsky DK, Mueller PR, Ferrucci JT Jr., Shipley

WU. A strategy against pancreatic cancer. Journal of Clinical Gastroenterology, 1982;4:525-32.

7. Richter JM, Silverstein MD, Schapiro RH. Suspected obstructive jaundice: A decision analysis of diagnostic strategies. Annuals of Internal Medicine, 1983;99:46-51.

8. Richter JM, Barsky AJ, Hupp JA. The treatment of depression in elderly patients. Journal of Family Practice, 1983;198:443-452.

9. Warshaw AL, Richter JM, Schapiro RH. The cause and treatment of pancreatitis associated with pancreas divisum. Annals of Surgery, 1983;198:443-452.

10. Wolfson JS, Hopkins CC, Weaver DJ, Richter JM, Waldron MA, McCarthy DM. An association between cryptosporidium and giardia in stool.. New England Journal of Medicine, 1984;304:788.

11. Richter JM, Hedberg SE, Athanasoulis CA, Schapiro RH. Angiodysplasia: clinical presentation and colonoscopic diagnosis. Digestive Diseases and Sciences. 1984;29:481-5.

12. Silverstein MD, Richter JM, Podolsky DK, Warshaw AL. Suspected pancreatic cancer presenting as pain: an analysis of diagnostic strategies. World Journal of Surgery, 1984;8:839-45.

13. Dawson JH, Mueller PT, Ferrucci JT Jr., Richter JM, Schapiro, RH, Butch RJ, Simeone JF, Severe esophageal strictures: Indications of balloon catheter dilation. Radiology, 1984;153:631-635.

14. Richter JM, Barry MJ. Insights into the efficacy of diagnostic strategies using decision analysis. American Journal of Gastroenterology, 1985;80:493-497.

15. Wolfson JS, Richter JM, Waldron MA, Weber DJ, McCarthy DM, Hopkins CC. Cryptosporidiosis in immunocompetent patients: characteristics of 43 cases. New England Journal of Medicine. 1985;312:1278-1282.

16. Bruggen JT, McPhee MS, Bhatia PS, Richter JM. Primary adenocarcinoma of the bile ducts: clinical characteristics and natural history. Digestive Diseases and Sciences. 1986;31:840-846.

17. Goodson JD, Richter JM, Lane R, Beckett T, Pingree RG. Empiric treatment of ambulatory patients with dyspepsia. Journal of General Medicine. 1986;1:90-93.

18. Friedman LS, Richter JM, Kirkham SE, DeMonaco H, May RJ. 5-aminosalicylic acid enemas in refractory distal ulcerative colitis: A randomized, controlled trial. American Journal of Gastroenterology. 1986;81:412-418.

19. Richter JM, Christensen MR, Simeone JH, Hall DA, Silverstein MD. Chronic Cholecystitis: Analysis of diagnostic strategies. Investigative Radiology. 1987;22:111-117.

20. Barry MJ, Mulley AG, Richter JM. Effects of work up strategy on the cost effectiveness of fecal occult blood screening for colorectal cancer. Gastroenterology. 1987;93:301-10.

21. Richter JM, Goodson JD, Barry MJ, Treadway KK. Medical diagnostic technology in the home. International Journal of Technology Assessment. 1989;53-62.

22. Barry MJ, Richter JM. Office based fecal occult blood screening for colorectal carcinoma. Contemporary Gastroenterology. 1988;1:41-48

23. Nishioka NS, Richter JM. Endoscopic therapy for bleeding peptic ulcers: A cost-benefit analysis. Gastrointestinal Endoscopy. 1987;33:277-283.

24. Richter JM. Cost effectiveness of diagnostic endoscopy in esophageal diseases. In Siewert JR, Holscher AH. Eds. Diseases of the Esophagus. Springer Verlag Productions. Gessellschaft, Berlin. 1987;866-868.

25. Richter JM, Hilgenberg AD, Christensen MR, Logan D, Mathisen DJ, Schapiro RH, Kelsey PB, Grillo HC. Endoscopic Palliation of obstructive esophagogastric malignancy. Gastrointestinal Endoscopy. 1988;34:454-458.

26. Nishioka NS, Jacques SL, Richter JM, Anderson RR. Reflection and transmission of light from the esophagus: The influence of incident angle. Gastroenterology. 1988;94:1180-5.

27. Nishioka NS, Tan OT, Bronstein BR, Farinelli WA, Richter JM, Parrish JA, Anderson RR. Selective vascular coagulation of rabbit colon using a flash lamp. Excited dye laser operating at 577 nanometers. Gastroenterology. 1988;95:1258-1264.

28. Brink JA, Simeone JF, Mueller PR, Richter JM, Prien EC, Ferrucci JT. Physical characteristics of gallstones removed at cholecystectomy: implications for extracorporal shock-wave lithotripsy. AJR, 1988;151:927-931.

29. Richter JM, Christensen MR, Nishioka NS, Colditz GA. Angiodysplasia of

the colon: natural history and therapeutic interventions. Digestive Diseases and Sciences. 1989;34:1542-1546.

30. Richter JM, Colditz GA, Delea TE, Huse DM, Oster G. Cimetidine, Metanalysis of side effects. American Journal of Medicine. 1989;87:278-289.

31. Goodson JD, Lehman J, Richter JM, Read L, Atamian S. Is upper gastrointestinal radiography necessary in the management of uncomplicated dyspepsia. Journal of General Internal Medicine. 1989;4:367-374.

32. Oster G, Huse DM, Delea TE, Colditz GA, Richter JM. The risks and benefits of an RX to OTC switch; the case of over the counter H2 blockers, Medical Care. 1990;28:834-852.

33. Richter JM, Christensen MR, Rustigi AK, Silverstein MD. The clinical utility of CA 19-9 for the diagnosis of pancreatic cancer presenting as pain or weight loss. A cost effective analysis. Archives of Intern Medicine. 1989;149:2292-2297.

34. Weinstein DF, Brink JA, Richter JM. Non-surgical treatment of cholelithiasis: an analysis of clinical opportunity. International Journal of Technology Assessment in Health Care. 1990;6:643-654.

35. Goodson JD, Lehman J, Colditz GA, Hall DA, Atamian S, Richter JM. The clinical value of UGI radiography. Journal of Clinical Gastroenterology. 1990;12:140-144.

36. Weinstein MC, Coley CM, Richter JM. Medical Management of gallstones: A cost effectiveness analysis. Journal of General Medicine. 1990;5:277-284.

37. Richter JM, Wang TC, Fawaz K, Bynam TE, Fallon D, Slapleigh C. Practice patterns and costs of hospitalization for upper gastrointestinal hemorrhage. Journal of Clinical Gastroenterology. 1991;13:268-273.

38. Richter JM, Christensen MR, Kaplan LM, Nishioka NS. Effectiveness of current technology in the diagnosis and management of lower gastrointestinal hemorrhage. Gastrointestinal Endoscopy. 1995;41:93-98.

39. Emanuel LL, Richter JM. The consultant and patient-physician relationship; A trilateral deliberative model. Archives of Internal Medicine. 1994;154:1785-1790.

40. Fairchild DG, Sax-McLoughlin K, Soheyla G, Horsky J, Portnow M. Richter JM, Gagliano N, Bates DW. Comparison of Part-time and Full-time Primary Care Physicians. Journal of General Internal Medicine. 2001;16:1-5.

b. *Other papers presenting primary data*

c. *Book Chapters/Invited reviews*

1. Richter JM. Management of pancreatitis. In: Goroll A, May L, and Mulley A, eds. Primary Care Medicine, Philadelphia: Lippincott, 1981:304-308.

2. Richter JM. The management of inflammatory bowel disease. In: Goroll A, May L, and Mulley A, eds. Primary Care Medicine, Philadelphia: Lippincott, 1981:208-284.

3. Richter JM. Evaluation of diarrhea. In: Goroll A, May L, and Mulley A, eds. Primary Care Medicine, Philadelphia: Lippincott, 1981:251-255.

4. Isselbacher KJ, Richter JM. Hematemesis, melena, and hematochezia. In: Petersdorf RG, Adams RD, Braunwald E, Isselbacher KJ, Martin JB, Wilson JD, eds. Principles of Internal Medicine. 10th edition. New York: McGraw-Hill, 1983;199-203.

5. Richter JM, Perrotto JL. Medical gastrointestinal disorders. In: Wilkins EW Jr., Dineen JJ, Moncure AC, Gross PL, eds. MGH Textbook of Emergency Medicine. 2nd edition. Williams and Wilkins, 1983;248-263.

6. Richter JM, Warshaw AL. Chronic Pancreatitis. In: Bouchier IAD, Allan RN, Hodgson HJF, Keighley MRB, eds. Textbook of Gastroenterology. London: Bailliere Tindall, 1984;308-24.

7. Richter JM. A clinicians perspective on the diagnosis and management of the jaundiced patient. Seminars in Ultrasound, CT and MR. 194;368-75.

8. Kaplan LM, Nishioka NS, Richter JM, Dienstag JL. Bleeding esophageal varices. In: Rakel RE, ed. Conn's Current Therapy. Philadelphia: WB Saunders, 1985;349-353.

9. Warshaw AL, Richter JM. A practical guide to pancreatitis. Current Concepts in Surgery. 984; Vol. 21: Number 12, pages 1-79.

10. Richter JM. The management of pancreatitis. In: Goroll A, May L, Mulley A. eds. Primary Care Medicine. 2nd Edition. Philadelphia: Lippincott, 1987;359-362.

11. Richter JM. The management of inflammatory bowel disease. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 2nd Edition. Philadelphia: Lippincott, 1987;329-337.

12. Richter JM. The evaluation of diarrhea. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 2nd Edition. Philadelphia: Lippincott, 1987;287-298.

13. Richter JM. The evaluation of Jaundice. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 2nd Edition. Philadelphia: Lippincott, 1987;312-316.

14. Richter JM. The evaluation of gastrointestinal bleeding. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 2nd Edition. Philadelphia: Lippincott, 1987;302-306.

15. Butterly LF, Richter JM. Evaluation of abdominal pain. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 2nd Edition.

16. Smith AC, Richter JM. Evaluation of indigestion. In: Goroll A, My L, Mulley A, eds. Primary Care Medicine. 2nd Edition. Philadelphia: Lippincott, 1987;274-279.

17. Smith AC, Richter JM. Evaluation of heartburn. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 2nd Edition. Philadelphia: Lippincott, 1987;279-283.

18. Isselbacher KJ, Richter JM. Hematemesis, Melena, and Hematochezia. In: Braunwald E, Isselbacher KJ, Petersdorf RG, Wilson JD, Martin JB, Fauci AS, eds. Harrison's Principles of Internal Medicine, 11th Edition. New York: McGraw Hill. 1987;180-183.

19. Richter JM, Schapiro RH. Injection sclerosis of esophageal varices. In: Grillo GH, Austin WG, Wilkins EW Jr., Mathisen DJ, Vlahakes GJ, eds. Current Therapy in Cardiothoracic Surgery. Toronto: BC Decker, 1989;246-247.

20. Richter JM. Medical Gastrointestinal disorders. In: Wilkins EW Jr., Dineen JJ, Moncure AC, Gross PL, eds. Emergency Medicine. 3rd Edition. Baltimore: Williams and Wilkins. 1989;246-263.

21. Richter JM, May RJ. Disorders of the pancreas. In: Chopra S. May RJ, eds. Pathophysiology of Gastrointestinal Diseases. Boston: Little Brown, 1989;529-571.

22. Richter JM, Silverstein MD. What's the best route out confirming pancreatic cancer? Primary Care & Cancer. 1988;8:46-9.

23. Richter JM. An introduction to bile formation and physiology. In: Ferrucci JT, Delius M, Burhenne HJ. Chicago: Year Book Medical Publishers. 1989;123-124.

24. Rustigi AK, Richter JM. Liver Abscess. Medical Clinics of North America. 1989;73:847-858.

25. Richter JM, Isselbacher KJ. Gastrointestinal bleeding. In: Wilson JD, Braunwald E, Isselbacher KJ, Petersdorf RG, Martin JB, Fanci AS, eds. Harrison's Principles of Internal Medicine, 12th Edition. New York, McGraw-Hill. 1990;261-264.

26. Richter JM, Isselbacher KJ. Gastrointestinal bleeding. In: Wilson J, Braunwald E, Isselbacher KJ, Petersdorf RG, Martin JV, Fauci AS, eds. Harrison's Principles of Internal Medicine. 13th Edition. New York. McGraw-Hill. 1994;223-226.

27. Richter JM. Occult Gastrointestinal bleeding. In: Friedman LS, ed. Gastrointestinal Clinics of North America. Philadelphia: WB Saunders. 1994;23:53-66.

28. Fernandez del Castillo C, Warshaw AL, Richter JM. Chronic pancreatitis. In: Bouchier D, Hodgson HJF, Allan RN, Keighley MRB, eds. Gastroenterology Clinical Science and Practice. 2nd Edition. London: Bailliere. 1993;1615-1634.

29. Richter JM. Gall bladder disease in women. In: Carr P, Freund K, Somani S, eds. Medical Care of Women. Boston: Little-Brown. 1995;602-609.

30. Smith A, Richter JM. Evaluation of heartburn and gastroesophageal reflux. In: Goroll A, May L, Mulley AG, eds. Primary Care Medicine. 3rd Edition. Philadelphia: Lippincott. 1995;344-348.

31. Richter JM. Evaluation of Jaundice. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 3rd Edition. Philadelphia: Lippincott. 1995;348-352.

32. Richter JM. Evaluation and management of diarrhea. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 3rd Edition. Philadelphia: Lippincott. 1995;357-368.

33. Richter JM. Management of pancreatitis. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 3rd Edition. Philadelphia: Lippincott. 1995;412-416.

34. Richter JM. Evaluation of abdominal pain. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 3rd Edition. Philadelphia: Lippincott. 195;325-334.

35. Weinstein DR, Richter JM. Evaluation of Gastrointestinal bleeding. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 3rd Edition.

Philadelphia. Lippincott. 1995;352-356.

36. Ruymann F, Richter JM. Management of inflammatory bowel disease. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 3rd Edition. Philadelphia. Lippincott, 1995;

37. Richter JM. Clinical Assessment of pancreatic cancer. In: Berger HG, Warshaw AL, eds. The Pancreas. Oxford: Blackwell Science. 1998;950-952.

38. Weilburg JB, Richter JM. Approach to the patient with disordered sleep. In: Stern TA, Herman JB, Slavin PL, eds. The MGH Guide to Psychiatry in Primary Care. New York. McGraw-Hill. 1998;67-77.

39. Richter JM. Evaluation of Abdominal Pain. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 4th Edition. Philadelphia. Lippincott. 1999;

40. Richter JM. Approach to the Patient with Heartburn and Reflux Symptoms. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 4th Edition. Philadelphia. Lippincott. 1999;

41. Richter JM. Evaluation of Jaundice. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 4th Edition. Philadelphia. Lippincott. 1999;

42. Richter JM. Evaluation and Management of Diarrhea. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 4th Edition. Philadelphia. Lippincott. 1999;

43. Richter JM. Management of Pancreatitis. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 4th Edition. Philadelphia. Lippincott. 1999;

44. Richter JM. Management of Inflammatory Bowel Disease. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 4th Edition. Philadelphia. Lippincott. 1999;

45. Richter JM. Evaluation of Gastrointestinal Bleeding. In: Goroll A, May L, Mulley A, eds. Primary Care Medicine. 4th Edition. Philadelphia. Lippincott. 1999;

46. Richter JM. Evaluation of Abdominal Pain. In: Goroll A, Mulley A, eds. Primary Care Medicine. 5th Edition. Philadelphia. Lippincott. 2005;

47. Campion FX, Richter JM. Approach to the Patient with Heartburn and Reflux Symptoms. In: Goroll A, Mulley A, eds. Primary Care Medicine. 5th Edition. Philadelphia. Lippincott. 2005;

48. Richter JM. Evaluation of Jaundice. In: Goroll A, Mulley A, eds. Primary

Care Medicine. 5th Edition. Philadelphia. Lippincott. 2005.

49. Richter JM. Evaluation and Management of Diarrhea. In: Goroll A, Mulley A, eds. Primary Care Medicine. 5th Edition. Philadelphia. Lippincott. 2005.

50. Richter JM. Management of Pancreatitis. In: Goroll A, Mulley A, eds. Primary Care Medicine. 5th Edition. Philadelphia. Lippincott. 2005.

51. Richter JM. Management of Inflammatory Bowel Disease. In: Goroll A, Mulley A, eds. Primary Care Medicine. 4th Edition. Philadelphia. Lippincott. 2005.

52. Richter JM. Evaluation of Gastrointestinal Bleeding. In: Goroll A, Mulley A, eds. Primary Care Medicine. 5th Edition. Philadelphia. Lippincott.2005.

*d. Editorials*

1. Richter JM, Weinstein D. Extracorporal shockwave lithotripsy of common bile duct stone. Gastroenterology. 1989;96:252-254.

2. Richter JM. Technology assessment. Can biliary lithotripsy pay its own way? Journal of Lithotripsy and Stone Disease. 1991;3:125-127.

*e. Case Reports*

1. Richter JM, Dickerson GR. A 35 year old woman with abdominal pain and a right lower quadrant mass, case records of the Massachusetts General Hospital. New England Journal of Medicine. 1983;309:96-104.

2. Richter JM. 60 year old man with abdominal pain and a mass in the right side of the abdomen. New England Journal of Medicine. 1987;317:1076-83.

f. *Books authored/Books edited*

1. McPhee MS, Richter JM, Klingenstein RJ. Key references in gastroenterology: An annotated guide. London. Churchill-Livingstone, 1982.

*g. Theses*

1. Richter JM. The attachment of mouse hepatitis virus to the plasma membrane of L2 cells (Thesis). Submitted to the University of Texas Graduate School of Biomedical Science at Dallas Department of Microbiology, 1976.

h. *Published abstracts*

1. Holmes KV, Richter JM, LeMaitre CF, Fulton JN, Allen R, Reynolds RC, and Sturnam LS. Scanning electron microscopic and binding studies of mouse hepatitis virus. ICN-UCLA Winter Conferences on Molecular and Cellular Biology. 1976;22.

2. Holmes KV, Richter JM. Characterization of a plasma membrane receptor for a coronavirus. Fourth International for Virology, the Hague. The Netherlands. 1978;183.

3. Richter JM, Barsky AJ, Hupp JA. An associate between depression and musculoskeletal pain in a general medical practice. Clinical Research. 1981;29:239A.

4. Richter JM, Silverstein MD, Schapiro RH. Evaluation of strategies for the diagnosis of suspected obstructive jaundice. Gastroenterology. 1982;82:1161.

5. Silverstein MD, Richter JM, Podolsky DK. Evaluation of strategy for the diagnosis of pancreatic cancer presenting as pain. Clinical Research. 1982;30:306A.

6. Goodson JD, Richter JM, Lane R, Beckett T, Pingree R. Empiric antacid therapy for dyspepsia reduces patient and physician request for UGI radiography. Clinical Research. 1984;32:647A.

7. Barry MJ, Mulley AG, Richter JM. Effect of work-up strategy on the cost effectiveness of fecal occult blood screening for colorectal cancer. Gastrointestinal Endosopy. 1984;30:141.

8. Richter JM, Wolfson JS, Waldron MA, McCarthy DM. Cryptosporidiosis in immunocompetent patients. Gastroenterology. 1985;88:1555.

9. Friedman LS, Richter JM, Kirkham SE, DeMonaco H, May RJ. 5-aminosalicylic acid (5-ASA) enemas in refractory distal ulcerative colitis (UC). A randomized, controlled trial. Gastroenterology. 1985;88:1388.

10. Nishioka NS, Richter JM. Endoscopic therapy of bleeding peptic ulcers. A cost benefit analysis. Gastrointestinal Endoscopy. 1986;32:151.

11. Richter JM. A simplified technique for placement of esophageal stents. Gastrointestinal Endoscopy. 1986;32:173.

12. Nishioka NS, Tan OT, Bronstein BR, Farinelli WA, Richter JM, Anderson RR. Selective coagulation of rabbit colonic vasculature with a flash lamp excited dye laser operation at 577 nanometers. Gastrointestinal Endoscopy.

1987;33:181.

13. Goodson JD, Richter JM, Lehmann JW, Colditz GA, Read JL, Atamian S. The clinical value of upper gastrointestinal (UGI) radiography in the evaluation of acute dyspepsia. Clinical Research. 1987.

14. Richter JM. Rustigi AK, Christensen MR, Silverstein MD. Suspected pancreatic cancer presenting at pain or weight loss: an analysis of the clinical utility and cost effectiveness of the CA19-9 radio immunoassay. Gastroenterology. 1988;94:A376.

15. Coley CM, Weinstein MC, Richter JM. Medical management of gall stones: a cost effectiveness analysis. Medical Decision Making. 1990

16. Schomaker KT, Frisoli JK, Richter JM, Deutsch TR, Nishioka NS. Discrimination of adenomatous from hyperplastic colonic polyps in vivo by laser-induced fluorescence. Lasers in Medicine and Surgery. 1990.