```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                              )
RONALD SHAMON and PATRICIA SHAMON, )
     Plaintiffs,             )
                              )
v.                            ) Docket No. 04cv11674-WGY
                              )
UNITED STATES OF AMERICA,     )
     Defendant.              )
_____)
```

### DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, pursuant to Fed. R. Civ. P. 56, hereby moves for summary judgment as to Plaintiff Patricia Shamon's loss of consortium claim (Count Two) because she did not marry Plaintiff Ronald Shamon until <u>after</u> discovering his alleged injuries. In support of this Motion, Defendant submits the accompanying Memorandum of Law in Support of its Motion for Partial Summary Judgment, which sets forth the Government's arguments in detail.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                            By:   /s/ Damian W. Wilmot
                                  DAMIAN W. WILMOT
                                  Assistant U.S. Attorney
                                  Moakley Federal Courthouse
                                  One Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3100

Dated: April 18, 2005

### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, on April 13, 2005, I have conferred with Plaintiff's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

                                            /s/ Damian W. Wilmot
                                            DAMIAN W. WILMOT
                                            Assistant U.S. Attorney