MEDICAL RECORD                                                          Progress Notes

05/16/2002 12:06          ** CONTINUED FROM PREVIOUS PAGE **

                    Signed by: /es/ WILLIAM LANNON
                               RN 05/16/2002 12:08

NOTE DATED: 05/16/2002 12:45   PRE OPERATIVE
VISIT: 05/16/2002 07:05 BO S AMB SURG GEN SURG 9515
History and Physical exam dated:_4/25/02____
I have reviewed and I concur with the above findings.

Changes in physical exam noted   [x] No    [] Yes
       If yes, list changes:

[x] Risks and benefits of the procedure have been reviewed with the
patient.
possible difficulty with continence to gas and stool was discussed with
the patient

                    Signed by: /es/ ROBERT R. CIMA MD
                               Colorectal Surgeon 05/16/2002 12:46


NOTE DATED: 05/16/2002 13:31   ATTENDING PROCEDURE NOTE/SURGERY (B)
VISIT: 05/16/2002 07:05 BO S AMB SURG GEN SURG 9515
Operation Performed: fistulotomy

Pr--t Operative Diagnosis: anal fistula

Operative Findings: superficial anal fistula

Estimated Blood Loss:      5     cc
Operative Complications:      [x] No             [] Yes

Short-term Prognosis ( < or/= 30 days)
[x] Good         [] Indeterminate          [] Poor

Long-term Prognosis ( > 30 days)
[x] Good         [] Indeterminate          [] Poor

Other Comments:

Staff Surgeon's Role:      [] Surgeon         [x] 1st assistant
   [] 2nd assistant   [] Present in O.R.    [] Available in O.R. Suite
   [] Available by phone in facility

                    Signed by: /es/ ROBERT R. CIMA MD
                               Colorectal Surgeon 05/16/2002 13:32


SHAMON,RONALD ROBERT               BOSTON HCS            Printed:11/18/2003 15:35
O  26-8139 DOB:04/27/1936     Pt Loc: OUTPATIENT                  Vice SF 509

RS0131