| MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PRO... |
|---|---|

### A. IDENTIFICATION

**1. OPERATION OR PROCEDURE**

FLEXIBLE SIGMOIDOSCOPY WITH POSSIBLE BIOPSY AND/OR POLYPECTO...

### B. STATEMENT OF REQUEST

1. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, a[nd] bility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning ... the operation or procedure. I understand the nature of the operation or procedure to be **the insertion of a flexi[ble tube]** *(Description of operation or procedure in layman[s terms])* **with a light into the rectum, then advancing it to examine a portion of the colon( intestine). Biopsies (small pieces of tissue) may be taken for microscopic examin[ation]. Potential complications include perforation (a hole in the colon), bleeding requir[ing] transfusion, infection, drug reaction, the need for surgery, or death.**

which is to be performed by or under the direction of Dr. _____

2. I request the performance of the above-named operation or procedure and of such additional operations or procedures as m[ay] be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of t[he] named operation or procedure.

3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professi[onal staff] of the below-named medical facility.

4. Exceptions to surgery or anesthesia, if any, are: _____ none _____ *(If "none", so state)*

5. I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to [remove].

6. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel [under]going training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation [by au]thorized personnel, subject to the following conditions:
   a. The name of the patient and his/her family is not used to identify said pictures.
   b. Said pictures be used only for purposes of medical/dental study or research.

*(Cross out any parts above which are not appropriate.)*
*(Appropriate items in Parts A and B must be completed before signature.)*

### C. SIGNATURES

**1. COUNSELING PHYSICIAN/DENTIST:** I have counseled this patient as to the nature of the proposed procedure(s), attendant [risks] involved, and expected results, as described above.

_____
*(Signature of Counseling Physician/Dentist)*

**2. PATIENT:** I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described a[bove,] and hereby request such procedure(s) be performed.

_____         _____         _____
*(Signature of Witness, excluding members of operating team)*   *(Signature of Patient)*   *(Date and [Time])*

**3. SPONSOR OR GUARDIAN:** (When patient is a minor or unable to give consent) I, _____ sponsor/guardian of _____ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

_____         _____         _____
*(Signature of Witness, excluding members of operating team)*   *(Signature of Sponsor/Legal Guardian)*   *(Date and Ti[me])*

**PATIENT'S IDENTIFICATION** *(For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)*

| REGISTER NO. | WARD NO. |
|---|---|

STANDARD FORM 522 (Rev. 10-76)
General Services Administration &
Interagency Comm. on Medical Records
FPMR 41 CFR 201-45.505
522-110

*U.S.GPO:1003-0-343-(34/74151)*

EXHIBIT
Kirby 2
3-14-05 EV
PENGAD 800-631-6989