# HK | Hanify&King

HALYE A. SUGARMAN
Direct Dial: 617-226-3492
Email: has@hanify.com

May 5, 2005

**VIA FACSIMILE**
Damian Wilmot, Esq.
United States Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re: Shamon v. United States
U.S.D.C. 2001-11674-WGY

Dear Attorney Wilmot:

This letter is to advise you that Plaintiffs will not oppose a mental examination of Mr. Shamon pursuant to Fed.R.Civ.P. 35. However, at this time, Plaintiffs reserve the right to object to the scope of the examination, the identity of the examiner, and the identity of persons present at the examination.

In addition, I have informed Mr. Shamon of Dr. Richter's availability during the afternoon of May 16, and am awaiting confirmation that Mr. Shamon is available as well. I will let you know as soon as I confirm his availability on that date.

Very truly yours,

Halye A. Sugarman

HAS/sxp
429589

Professional Corporation
Counsellors at Law

One Beacon Street
Boston, Massachusetts 02108-3107
Tel 617-423-0400
Fax 617-423-0498
www.hanify.com