**EXHIBIT B**

**HK | Hanify&King**

MICHAEL R. PERRY
617-226-3464
mrp@hanify.com

May 17, 2004

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Rita S. Mandosa, Esq.
Department of Veterans Affairs
Office of Regional Counsel
200 Springs Road, Bldg. 61
Bedford, MA 01730

    Re: Ronald Shamon v. U.S. Dep't of Veterans Affairs

Dear Ms. Mandosa:

    By this letter, Ronald Shamon amends his claim filed on Standard Form 95 with the Department of Veterans' Affairs, Office of Regional Counsel on December 5, 2002. For ease of reference, a copy of Mr. Shamon's filing is included herewith.

    In addition to the claims asserted in Mr. Shamon's December 5, 2002, filing, Patricia Shamon, the wife of claimant Ronald Shamon, hereby submits a claim for loss of consortium. As a direct result of the negligence of the doctors and medical staff of the Department of Veterans' Affairs, Patricia Shamon has lost the love, companionship, care, counsel and affection of plaintiff, Ronald Shamon. In addition, Ronald and Patricia Shamon amend the amount of their claims to $1,000,000 resulting from the injuries they have suffered.

    If there any questions concerning this amendment, please contact me.

                       Sincerely,

                       Michael R. Perry

MRP/mld
Enclosure
395206

Professional Corporation
Counsellors at Law

One Beacon Street
Boston, Massachusetts 02108-3107
Tel: 617-423-0400
Fax: 617-423-0498
www.hanify.com

RS0248