UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD SHAMON and<br>PATRICIA SHAMON,<br><br>        Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | ) <br>) <br>) <br>) <br>) Civil Action No. 04-11674-WGY<br>) <br>) <br>) <br>) <br>) <br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, by their respective attorneys, hereby stipulate and agree that Count II (Loss of Consortium) by Plaintiff Patricia Shamon in the above-captioned action shall be dismissed with prejudice and without the award of attorneys' fees and costs. The parties further stipulate and agree that all rights of appeal are waived. This stipulation of dismissal is without prejudice to the rights of Plaintiff Ronald Shamon to proceed against the Defendant United States of America under Count I (negligence).

Respectfully submitted,

| | |
|---|---|
| RONALD SHAMON and<br>PATRICIA SHAMON, | MICHAEL J. SULLIVAN<br>United States Attorney |
| By their attorneys, | By: |
| /s/ Halye A. Sugarman | /s/ Damian W. Wilmot |
| Michael R. Perry (BBO #555300)<br>Halye A. Sugarman (BBO #646773)<br>HANIFY & KING<br>Professional Corporation<br>One Beacon Street<br>Boston, MA 02108<br>(617) 423-0400 | Damian W. Wilmot<br>Assistant U.S. Attorney<br>Moakley Federal Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02110<br>(617) 748-3398 |

Dated: June 10, 2005
*431966*