IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD SHAMON and PATRICIA SHAMON,  )<br>)<br>)<br>Plaintiffs,    )<br>)<br>)<br>v.    )<br>)<br>)<br>)<br>)<br>UNITED STATES OF AMERICA,    )<br>)<br>Defendants.    )<br>)<br>) | Civil Action No.: 04-CV-11674-WGY |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Barbara Healy Smith as counsel for defendant United States of America in the above captioned matter. Damian W. Wilmot will remain as counsel for the defendant.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                                /s/ Barbara Healy Smith
                             By:  Barbara Healy Smith
                                                Assistant U.S. Attorney
                                                John Joseph Moakley U.S. Courthouse
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3100

Dated: 21 September 2005