AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

**EXHIBIT AND WITNESS LIST**

Shamon v. W

CASE NUMBER: CA 04-11674

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | O'Neil | Wilmot, Gordt |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/12/05 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/12/05 | | | Dr. Eliot Frank |
| | | | | | Dr. Fitzpatrick |
| | | 12/13/05 | | | Ronald Shamon |
| | | | | | Dr. Marcus Pedrosa |
| | | | | | Dr. Chi Zhang |
| | | 12/15/05 | | | Dr. Chi Zhang |
| | | | | | Dr. James Richter |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages