UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD SHAMON and<br>PATRICIA SHAMON,<br><br>          Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11674-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO EXTEND
<u>SETTLEMENT ORDER OF DISMISSAL</u>**

The Plaintiff, Ronald Shamon, moves this honorable Court for an order extending the Settlement Order of Dismissal, currently set to expire on January 15, 2005, up to and including January 31, 2005.

In support of this motion, the Plaintiff states the following:

1. This is a medical malpractice action in which the Plaintiff, Ronald Shamon, alleges that he received negligent treatment from various agents and employees of the Defendant.

2. Following a jury-waived trial, the parties reached a settlement of this matter.

3. On December 15, 2005, the Court issued a Settlement Order of Dismissal, attached hereto as Exhibit A. This Settlement Order of Dismissal is currently set to expire on January 15, 2006.

4. On January 4, 2006, Plaintiff sent a fully executed Settlement Agreement to the Defendant. To date, the Plaintiffs have not received a signed Settlement Agreement from the Defendant.

5. On January 12, 2006, Plaintiff's counsel contacted defense counsel to inquire as to the status of the settlement check. In response, defense counsel informed Plaintiff's counsel that the settlement check had not yet been received. He further informed Plaintiff's counsel that the settlement check may not be available for several more weeks.

## Conclusion

6. Wherefore, in light of the foregoing, the Plaintiff requests that the Court extend the current Settlement Order of Dismissal up to and including January 31, 2006 in order to provide the Defendant with sufficient time to process the settlement check.

Respectfully submitted,

RONALD SHAMON


   /s/ Michael R. Perry
Michael R. Perry (BBO #555300)
HANIFY & KING, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400

DATED: January 13, 2006
(444375)