# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-11674-WGY

**SHAMON**

Plaintiff

v.

**UNITED STATES**
Defendant

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

The Court having been advised on 12/15/05 that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

_____

Deputy Clerk

December 16, 2005

To: All Counsel